UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

RICHARD DALE STERRITT, JR, et. al.,

        Defendant.
-------------------------------------------------------------------x

NOTICE OF APPEARANCE

Case Number: 1:21-cr-00193

**PLEASE TAKE NOTICE** that the undersigned counsel of Tacopina Seigel & DeOreo does hereby enter his appearance on behalf of **James Christopher Pittman,** as attorney of record in the above-referenced matter.

Respectfully submitted,

JOSEPH TACOPINA, ESQ.
Tacopina Seigel & DeOreo
275 Madison Avenue, 35th Floor
New York, New York 10016
(212) 227-8877
jtacopina@tacopinalaw.com